3622. JACKSON *v.* THE STATE.

POWELL, J. This case is controlled by *Combs* v. *State*, ante, 838 (72 S. E. 283). *Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Certiorari; from Fulton superior court—Judge Pendleton. May 23, 1911.

*P. H. Brewster Jr., Munday & Cornwell,* for plaintiff in error.
*H. M. Dorsey, solicitor-general, Lowry Arnold, solicitor,* contra.